UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABDULLA RASHED, ET AL.,

                                        Plaintiffs,

                        -v-

ANTONY J. BLINKEN, ET AL.,

                                        Defendants.

---

24 Civ. 964 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 11, 2024, defendants filed a motion to dismiss the complaint under Rule 12 of

the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has 21 days after the

service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiffs shall file any amended complaint by

May 2, 2024.  No further opportunities to amend will ordinarily be granted.  If plaintiffs do

amend, by May 23, 2024, defendants shall: (1) file an answer; (2) file a new motion to dismiss;

or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed

motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiffs shall serve any

opposition to the motion to dismiss by May 2, 2024.  Defendants' reply, if any, shall be served

by May 8, 2024.  At the time any reply is served, the moving party shall supply the Court with

two (2) courtesy copies of all motion papers by mailing or delivering them to the Thurgood

Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

---

[1] If defendants file a new motion to dismiss or relies on its previous motion, plaintiffs'
opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days
after that.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: April 15, 2024
      New York, New York