UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
ABDULLA RASHED et al.,

                Plaintiffs,

-against-                                   24 **CIVIL** 0964 (PAE)

## **JUDGMENT**

ANTONY J. BLINKEN, Secretary of State, and
RENA BITTER, Assistant Secretary for Consular
Affairs,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 27, 2024, the Court grants the State Department's Rule 12(b)(6) motion and dismisses the Complaint.

**Dated:** New York, New York

December 02, 2024

                                             **DANIEL ORTIZ**
                                           **Acting Clerk of Court**

                **BY:**

                                           **Deputy Clerk**